1  **JOEL D. LEIDNER**
   *Attorney at Law*
2  CSBN# 52559
   4622 Hollywood Boulevard
3  Los Angeles, Ca 90027
   Telephone: (323) 664-5670
4  Fax: (323) 662-0840
   Email: joel.leidner@igc.org
5
6  Attorney for Plaintiff
   MELINDA LYONS DUFFIELD
7
   ANDRÉ BIROTTE JR.
8  United States Attorney
   LEON W. WEIDMAN
9  Assistant United States Attorney
   Chief, Civil Division
10 DENNIS J. HANNA
   Special Assistant United States Attorney
11         Social Security Administration
           Office of the General Counsel Region IX
12         160 Spear Street, Suite 800
           San Francisco, California 94105
13         Telephone: (415)977-8962
           Facsimile: (415)744-0134
14         Email: dennis.hanna@ssa.gov
15 Attorneys for Defendant
16
17                 UNITED STATES DISTRICT COURT
18                 CENTRAL DISTRICT OF CALIFORNIA
19
20
21 MELINDA LYONS DUFFIELD
                                  )    Case No: CV 12-10642 VAP(AS)
22              Plaintiff,        )
                                  )
23      v.                        )    [PROPOSED] ORDER AWARDING
                                  )    EQUAL ACCESS TO JUSTICE ACT
24 CAROLYN W. COLVIN,             )    ATTORNEY FEES AND COSTS
   Acting Commissioner of         )    PURSUANT TO 28 U.S.C. §§ 1920
25 Social Security,               )    AND 2412(d)
                                  )
26              Defendant.        )
   _____)
27
28      Based upon the parties' Stipulation for the Award and Payment of Equal Access

to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

-1-

1    assignee, shall be awarded attorney fees under EAJA in the amount of seven thousand

2
3    dollars and zero cents ($7,000.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d),

4    subject to the terms of the above-referenced Stipulation.

5

6

7    Dated:   April 24, 2014                                  / s /
                                                    _____

8                                                   Honorable ALKA SAGAR
                                                    United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28